## United States District Court
## Violation Notice

CVB Location Code

(For issuance of an arrest warrant or summons)

| Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|
| 6019879 | Russo, M | 616 |

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☐ CFR ☐ USC ☒ State Code |
|---|---|
| 12/13/2016  1140 | 21 MTA 1124 (d) (2) |

Place of Offense

S/B BW PKwy @ 197

Offense Description: Factual Basis for Charge          HAZMAT ☐

Driving motor vehicle
while using handheld phone

**DEFENDANT INFORMATION**

Last Name
Kim

HAN         J

Street Address

| Tag No. | State | Year | Make/Model | PASS ☐ | Color |
|---|---|---|---|---|---|
| 4EBC45 | MD | 08 | Hond/Accord | | White |

A ☐ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT. see INSTRUCTIONS (on back of yellow copy)

B ☒ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy)

$ 85  Forfeiture Amount
+ $30  Processing Fee

**PAY THIS AMOUNT →**   $ 105.00  Total Collateral Due

**YOUR COURT DATE**
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

| Court Address | Date (mm/dd/yyyy) |
|---|---|
| | TBD |
| | Time (hh:mm) |
| | TBD |

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature _____

(Rev. 09/2015)       Original - CVB Copy

---

I state that on _____, 20_____ while exercising my duties as a law enforcement officer in the _____ District of _____

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

The foregoing statement is based upon:

☐ my personal observation          ☐ my personal investigation

☐ information supplied to me from my fellow officer's observation

☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: _____
         Date (mm/dd/yyyy)        Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
         Date (mm/dd/yyyy)        U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident;  PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license;  CMV = Commercial vehicle involved in incident